IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAUL EUGENE BAILEY, )
(AIS # 171480), )
)
    Petitioner, )
)
vs. ) CIVIL ACTION NO. 11-0335-CG-B
)
LEON FORNISS, )
)
    Respondent. )

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be and is hereby **DENIED**, and that this action is **DISMISSED** as barred by the statute of limitations. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 11th day of September, 2014.

                                              /s/ Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE