# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL EUGENE BAILEY, (AIS # 171480), | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0335-CG-B ) |
| LEON FORNISS, | ) ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED, ADJUDGED** and **DECREED** that Petitioner's petition for habeas corpus relief is hereby **DISMISSED**, that **JUDGMENT** is entered in favor of Respondent, Leon Forniss, and against Petitioner, Paul Eugene Bailey, and, further, that a certificate of appealability and leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u> are hereby **DENIED**.

**DONE and ORDERED** this 11th day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE